1  Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
2  3465 Camino Del Rio South, Suite 250
   San Diego, CA  92108-3905
3  (619) 283-3371
   Facsimile (619) 282-8900
4  bernardmhansen@sbcglobal.net

5  Attorney for Nancy L. Wolf, Trustee

8              UNITED STATES BANKRUPTCY COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

12 In re                                          ADV. PRO. NO.

13 DOMINADOR REQUELMAN
   DELOSSANTOS and DINA LADRINGAN                 COMPLAINT FOR BREACH OF
14 DELOSSANTOS                                    PROMISSORY NOTE AND DAMAGES
                                                  THEREON
15                            Debtors.

16 Case No. 10-17837-LA7

19 NANCY L. WOLF, TRUSTEE

20                            Plaintiff,

21 vs.

22 DELSOL CABRERA and NING CABRERA

23                            Defendants.

26  *  *  *
27  *  *  *
28  *  *  *

Nancy L. Wolf, Trustee alleges:

## JURISDICTION

1. This action is a proceeding arising in or related to a case under chapter 7 of the Bankruptcy Code. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334 and General Order 312-D of the United States District Court, Southern District of California. This proceeding is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (E) and (O).

## VENUE

2. On October 5, 2010, Dominador Requelman Delossantos and Dina Ladringan Delossantos, (the "Debtors") filed with this Court a joint petition for relief pursuant to the provisions of chapter 7 of the Bankruptcy Code and an order for relief was entered. For the 180 day period preceding the filing of the Debtors' case, their residence was located in the Southern District of California. Venue of the bankruptcy case in the Southern District of California is proper under 28 U.S.C. §1408(1). Venue of this adversary proceeding in the Southern District of California is proper under 28 U.S.C. §1409(a).

## PARTIES

3. Nancy L. Wolf (the "Trustee") is the duly appointed, qualified and acting chapter 7 trustee of the Debtors' estate (the "Estate") and she is the plaintiff herein.

4. Delsol Cabrera and Ning Cabrera are each individuals who reside in San Diego County, California (the "Defendants").

## FIRST CLAIM FOR RELIEF
(Breach of Promissory Note)

5. The Trustee realleges and incorporates by reference paragraphs 1 through 4.

6. On or about January 15, 2008, the Defendants and each of them duly delivered a Promissory Note to the Debtors in the principal amount of $50,000. A copy of the Promissory

Note is attached hereto as Exhibit A.  Upon the Debtors' filing of their petition for relief, all right, title and interest in and to the Promissory Note became property of the Estate.

7. Under the terms of the Promissory Note, the Defendants and each of them are obligated to pay $500 a month beginning June 1, 2008.  The Defendants and each of them have not paid all or any portion of the payment due on December 1, 2010 and each month thereafter.  There is now due, owing and unpaid the sum of $2,000 for which the Defendants and each of them are liable.

### RIGHT TO AMEND

8. The Trustee will seek leave to amend this complaint to recover all additional, unpaid monthly payments that become due prior to entry of judgment.  The Trustee will file subsequent actions as are necessary to collect the balance of the Promissory Note after judgment is entered in this action.

9. The Trustee may uncover new facts and formulate additional legal theories on which to allege new or amended claims for relief.  The Trustee may discover that additional parties are liable.  The Trustee expressly reserves her right to seek leave to amend this complaint as appropriate in addition to the ground alleged in paragraph 8, above.

### PRAYER

WHEREFORE, the Trustee prays for judgment against the Defendants and each of them:

1. The sum of $2,000;
2. All unpaid monthly payments becoming due April 1, 2011 and thereafter as allowed by the Court prior to entry of judgment;
3. Interest at the maximum legal rate;
4. For costs of suit incurred herein; and
5. For such other and further relief as the court may deem just and proper.

Dated: March 24, 2011         /s/Bernard M. Hansen/
                              Bernard M. Hansen
                              Attorney for Nancy L. Wolf, Trustee

- 3 -

January 15, 2008

This is to certify that we (Mr. & Mrs. Delsol Cabrera) owe Mr. & Mrs. Dominador Delossantos the amount of Fifty Thousand dollars ($50,000.00) borrowed on January 15, 2008.

We promised to pay $500.00 every month starting June 1, 2008 until the full amount borrowed is paid in full.


_____  1/15/08          _____  1/15/08
DELSOL CABRERA     Date              MING CABRERA       Date


_____  1/15/08
DOMINADOR DELOSSANTOS   Date